**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-v-1105-RM

TODD SHELDON,

    Plaintiff,

v.

JEFFERSON COUNTY,

    Defendant.

---

**ORDER TO SHOW CAUSE**

---

This matter is before the Court *sua sponte* upon review of this matter. Plaintiff, a pretrial detainee, filed this action pursuant to 42 U.S.C. § 1983 based on covid-19. As relief, Plaintiff sought immediate release and "maximum compensation." Since Plaintiff filed this action, to date, eight (8) mailings to Plaintiff have been returned to the court as undeliverable. On April 30, 2020, after two mailings were returned to the court as undeliverable, the Court ordered Plaintiff to provide his current mailing address on or before Mar 13, 2020. (ECF No. 14.) Despite this order, Plaintiff failed to do so.

Thereafter, Defendant filed its motion to dismiss, raising five bases for dismissal of Plaintiff's complaint. (ECF No. 21.) Among the bases is the assertion that Plaintiff's request for injunctive relief is moot because on April 23, 2020, Plaintiff posted bond and is no longer in jail. The Court directed Plaintiff to respond to the motion to dismiss by June 4, 2020. (ECF No. 22.) Despite that order, Plaintiff failed to do so.

Pursuant to D.C.COLO.LCivR 41.1:

> A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge … may enter an order of dismissal with or without prejudice.

In this case, Plaintiff has ignored both deadlines in violation of the Court's Orders and in violation of the Local Rules of this District. In addition, Plaintiff's inactions also support a finding of a failure to prosecute. Accordingly, it is

**ORDERED** that on or before June 19, 2020, Plaintiff shall **SHOW CAUSE** why this action should not be **dismissed without prejudice** for failure to prosecute, to comply with the Local Rules of this District, and to comply with this Court's Orders of April 30, 2020 and May 14, 2020.

DATED this 5th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge