# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 20-v-1105-RM

TODD SHELDON,

      Plaintiff,

v.

JEFFERSON COUNTY,

      Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the Court upon consideration of the record and Plaintiff's numerous failures. Plaintiff, a pretrial detainee, filed this action pursuant to 42 U.S.C. § 1983 based on covid-19. As relief, Plaintiff sought immediate release and "maximum compensation." Since Plaintiff filed this action, to date, nine (9) mailings to Plaintiff have been returned to the court as undeliverable. On April 30, 2020, after two mailings were returned to the court as undeliverable, the Court ordered Plaintiff to provide his current mailing address on or before May 13, 2020. (ECF No. 14.) Despite this order, Plaintiff failed to do so.

Thereafter, Defendant filed its motion to dismiss, raising five bases for dismissal of Plaintiff's complaint. (ECF No. 21.) Among the bases is the assertion that Plaintiff's request for injunctive relief is moot because on April 23, 2020, Plaintiff posted bond and is no longer in jail. The Court directed Plaintiff to respond to the motion to dismiss by June 4, 2020. (ECF No. 22.) Despite that order, Plaintiff failed to do so.

On June 5, 2020, the Court issued an Order to Show Cause (ECF No. 23) as to why this case should not be dismissed without prejudice because (1) Plaintiff ignored two deadlines in violation of the Court's Orders and in violation of the Local Rules of this District and (2) Plaintiff's inactions support a finding of a failure to prosecute. Plaintiff was ordered to respond to the Order to Show Cause on or before June 19, 2020. The Order to Show Cause has been returned to the court as undeliverable and, not surprisingly, Plaintiff fails to respond to that order.

Pursuant to D.C.COLO.LCivR 41.1:

A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge … may enter an order of dismissal with or without prejudice.

In this case, Plaintiff fails to respond to the Order to Show Cause and, accordingly, fails to show good cause why this case should not be dismissed. It is therefore

**ORDERED** that the Order to Show Cause (ECF No. 23) is made **ABSOLUTE**; and it is

**FURTHER ORDERED** that this action is **dismissed without prejudice** for failure to prosecute, to comply with the Local Rules of this District, and to comply with this Court's Orders of April 30, 2020, May 14, 2020, and June 5, 2020, and that the Clerk shall **close this case**.

DATED this 25th day of June, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2